# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                 **CASE NO.**    20-CR-10022-01-JWB

**KYLE ELLERY,**

    **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### Count One

**18 U.S.C. § 2423(a)**
**(Transportation with Intent to Engage in Criminal Sexual Activity)**

On or about January 11, 2020, in the District of Kansas and elsewhere, the defendant,

**KYLE ELLERY,**

did knowingly transport an individual who had not attained the age of eighteen years in interstate commerce with the intent that the individual engage in sexual activity for which a person could be charged with a criminal offense, in that, the defendant transported Minor Victim, a person who was fourteen (14) years of age at the time, from Missouri to Kansas,

to engage in sexual activity that would violate K.S.A. § 21-5506(a)(1) and (2) and K.S.A. § 21-5506(b)(1), in violation of Title 18, United States Code, § 2423(a).

## Count Two

### 18 U.S.C. § 2423(b)
### (Travel with Intent to Engage in Illicit Sexual Conduct)

On or about January 10, 2020, in the District of Kansas and elsewhere, the defendant,

**KYLE ELLERY**,

did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, in that, the defendant traveled from Kansas to Missouri, for the purpose of engaging in a sexual act as defined in 18 U.S.C. §2246 with Minor Victim, a person who was fourteen (14) years of age at the time, in violation of Title 18, United States Code, § 2423(b).

## FORFEITURE NOTICE

Upon conviction of any of the offenses in violation of 18 U.S.C. § 2423, as set out in Counts 1-2 of this Indictment, the defendant, **KYLE ELLERY,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2428, any and all property used or intended to be used to commit or facilitate the commission of such offense, including but not limited to:

SAMSUNG SMJ337P phone;

All pursuant to Title 18, United States Code, § 2428.

## A TRUE BILL

February 26, 2020                                       s/Foreperson
DATE                                                    FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER, Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.McAllister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**