IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action |
| v. | ) | |
| | ) | No. 20-10022-01-JWB |
| **KYLE ELLERY,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through Jason W. Hart, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant, Kyle Ellery. In support of this Motion, the United States avers:

1. Defendant was charged in this district by Indictment on February 26, 2020.

2. Defendant is currently in custody at the Sedgwick County Adult Detention Center in Wichita, Kansas.

3. Appearance is necessary by the defendant in this district for prosecution on the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any

other law enforcement agency for this district, to produce the defendant, Kyle Ellery, forthwith and for any further proceedings to be held in this cause.

    Respectfully submitted,

    STEPHEN R. MCALLISTER
    United States Attorney

    S/Jason Hart
    JASON HART, #20276
    Assistant U.S. Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202
    Telephone: (316) 269-6481
    Fax: (316) 269-6484
    E-mail: jason.hart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing Motion for Writ of Habeas Corpus Ad Prosequendum with the Clerk of the Court by using the CM/ECF system, which will send notice to all counsel of record.

    S/Jason W. Hart
    JASON W. HART
    Assistant U.S. Attorney