**FILED**
U.S. District Court
District of Kansas

AO 442 (Rev. 01/09) Arrest Warrant

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>KYLE ELLERY,<br>*Defendant* | )<br>)<br>)  Case No.  20-10022-01-JWB<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KYLE ELLERY,                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Transportation with Intent to Engage in Criminal Sexual Activity. See attached indictment for additional charges.

Date: 02/27/2020                                                                                     s/ Sarah M. Zepick
                                                                                                              *Issuing officer's signature*

City and state:    Wichita, Kansas                                                Timothy M. O'Brien, Clerk of Court
                                                                                                              *Printed name and title*

### Return

This warrant was received on *(date)*   2/27/20   , and the person was arrested on *(date)*   6/26/20
at *(city and state)*    Wichita, Kansas    .

Date:   6/26/20

                                                                                                              *Arresting officer's signature*

                                                                                                              V. K. Lane   DUSM
                                                                                                              *Printed name and title*